UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————X

AKEBA PALMER,

                                    Petitioner,

            -against-                                           25 CR 264 (CM)

UNITED STATES OF AMERICA,

                                    Respondent.

———————————————————————————X

MCMAHON, J.:

        Akeba Palmer has filed a motion to vacate, correct, or set aside his conviction and

sentence, pursuant to 28 U.S.C. § 2255.

        The U.S. Attorney's Office shall file an answer or other pleadings in response to the

motion, within (60) sixty days of the date of this order.

        Petitioner shall have (30) thirty days from the date on which Petitioner is served with

Respondent's answer to file a response. Absent further order, the motion will be considered fully

submitted as of that date.

        The Clerk of Court shall notify the Criminal Division of the U.S. Attorney's Office for

the Southern District of New York that this order has been issued.

                                                        SO ORDERED:

Dated:    March 10, 2026
          New York, New York

                                                        _____
                                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3~10~26_