

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

MEMO ENDORSED

May 11, 2026

5-12-26

**By ECF**

Extension Granted.

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Akeba Palmer*, **25 CR 264 (CM)**

Dear Judge McMahon,

The Government respectfully submits this letter to request an extension of three weeks in which to submit an answer to the defendant's pending *pro se* motion to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255. Based on its investigation to date, the Government anticipates that it may be possible to answer the motion without seeking a waiver of the defendant's attorney-client privilege as to multiple prior counsel, which would substantially shorten the time period required to obtain that waiver, in turn obtain affidavits from prior counsel, and ultimately fully brief the motion for the decision of the Court. If the Government concludes at the end of its investigation within the requested extension that it is not possible to proceed without seeking a waiver of the defendant's attorney-client privilege, then the Government will promptly report to the Court and seek an appropriate order from the Court. If the requested extension is granted, then the defendant's response will remain due thirty days from service of the answer.

|  | Current Schedule | Proposed Schedule |
|---|---|---|
| Government Response | May 11, 2026 | June 1, 2026 |

Respectfully,

JAY CLAYTON
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Pro Se Defendant Akeba Palmer (by US Mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-12-26